AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hodges, Shiva V. | U.S. District Court | 05/10/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Magistrate Judge, Full-time | [ ] Nomination Date<br>[ ] Initial [✔] Annual [ ] Final<br>5b. [ ] Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Matthew J. Perry, Jr. Federal Courthouse
901 Richland Street
Columbia, South Carolina 29201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✔] **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✔] **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | USC Law School- teaching | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | South Carolina Association for Justice | August 6-8, 2015 | Hilton Head Island, SC | Guest at annual convention/ CLE | Lodging/Registration |
| 2. | South Carolina Bar | January 9, 2015 | Charleston, SC | Speaker at CLE | Travel mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Friends and colleagues in South Carolina Diustrict Court (see note in Part VIII) | Monetary donation to assist with home repairs after damage from massive flooding | $800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Mortgage on Property #1 (rental property), Pawleys Island, SC | M |
| 2. | NBSC | Line of Credit on Property #1 (rental property), Pawleys Island, SC | M |
| 3. | South Carolina Student Loan Corporation (Y) | Student Loan #1 | None |
| 4. | South Carolina Student Loan Corporation | Student Loan #2 | K |
| 5. | Chase (Y) | Mortgage on Property #2 (rental property), Columbia, SC | None |
| 6. | NBSC (Y) | Line of Credit on Property #2 (rental property), Columbia, SC | None |
| 7. | Nationstar Mortgage | Mortgage on Property #3 (rental property), Florence, SC | M |
| 8. | NBSC Visa | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Property #1, Pawleys Island, SC | D | Rent | M | W | | | | | |
| 2.  Northwestern Mutual Whole Life Policy #1 | B | Dividend | K | T | | | | | |
| 3.  401K #1 | A | Int./Div. | M | T | | | | | |
| 4.  -Ishares Russell 1000 GRW ETF | | | | | Buy | 02/09/15 | J | | |
| 5.  -Ishares Russell 1000 Value ETF | | | | | Buy | 02/09/15 | J | | |
| 6.  -Vanguard Mid-cap ETF Index | | | | | Buy | 02/09/15 | J | | |
| 7.  -Vanguard Mid-cap ETF Index | | | | | Buy | 03/26/15 | J | | |
| 8.  -Clearbridge Aggressive GWTH I | | | | | Buy | 02/09/15 | J | | |
| 9.  -American Europacific GRW F2 | | | | | Buy | 02/09/15 | J | | |
| 10. -American Europacific GRW F2 | | | | | Buy | 03/26/15 | J | | |
| 11. -MFS International Value I | | | | | Buy | 02/09/15 | J | | |
| 12. -MFS International Value I | | | | | Buy | 03/26/15 | J | | |
| 13. -Ishares Select Dividend ETF | | | | | Buy | 02/09/15 | J | | |
| 14. -Ishares Select Dividend ETF | | | | | Buy | 03/26/15 | J | | |
| 15. -JP Morgan Core Plus Bond A | | | | | Buy | 02/09/15 | J | | |
| 16. -Fidelity ADV Real Estate Inc. I | | | | | | | | | |
| 17. -Alerian MLP ETF | | | | | Buy | 02/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Alerian MLP ETF | | | | | Buy | 03/26/15 | J | | |
| 19. -Vanguard Small Cap ETF | | | | | Buy | 02/09/15 | J | | |
| 20. -Templeton Global BD FD ADV | | | | | | | | | |
| 21. -RS Low Duration Bond A | | | | | | | | | |
| 22. -JP Morgan Strat Inc. OPP SEL | | | | | | | | | |
| 23. -Oppenheimer Developing MKTS Y | | | | | | | | | |
| 24. -Wisdomtree Euro SM Cap DIV ETF | | | | | | | | | |
| 25. -SPDR Gold TR Gold SHS | | | | | | | | | |
| 26. Property #2, Columbia, SC | E | Rent | | | Sold | 06/30/15 | N | | William & Nicole Maskiell |
| 27. NBSC Account | A | Interest | J | T | | | | | |
| 28. Property #3, Florence, SC | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VI, Student Loan #1 was paid off during 2015.

2) Part VI, Lines 5-6 - Property #2 was sold in 2015.

3) In Part V, Gifts, I included a gift from friends and colleagues in the South Carolina District Court, Columbia Division. This gift was comprised of voluntary donations collected after my home suffered damage following flooding. I do not know the individual donors to the gift, nor the individual amounts given.

4) Part VII, Line 3 - 401K #1 was rolled over into 401K #2 in 2014. Therefore, the account listed as 401K #2 in the 2014 report is listed as 401K #1 this reporting year.

| Name of Person Reporting | Date of Report |
|---|---|
| Hodges, Shiva V. | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shiva V. Hodges**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544